UNITED STATES of America,
Plaintiff–Appellee

v.

Aaron GRAHAM, Defendant–Appellant.

Electronic Frontier Foundation; National Association of Criminal Defense Lawyers; American Civil Liberties Union Foundation of Maryland; Center for Democracy & Technology; American Civil Liberties Union Foundation, Amici Supporting Appellant.

United States of America,
Plaintiff–Appellee

v.

Eric Jordan, Defendant–Appellant.

Electronic Frontier Foundation; National Association of Criminal Defense Lawyers; American Civil Liberties Union Foundation of Maryland; Center for Democracy & Technology; American Civil Liberties Union Foundation, Amici Supporting Appellant.

Nos. 12–4659 (L), 12–4825.

United States Court of Appeals,
Fourth Circuit.

Oct. 28, 2015.

Benjamin M. Block, Nathan Judish, Sujit Raman, Assistant U.S. Attorney, Rod J. Rosenstein, U.S. Attorney, Office of the United States Attorney, Baltimore, MD, for Plaintiff–Appellee.

Paresh S. Patel, Esq., Meghan Suzanne Skelton, Assistant Federal Public Defender, James Wyda, Federal Public Defender, Office of the Federal Public Defender, Baltimore, MD, for Defendant–Appellant.

Hanni Fakhoury, Electronic Frontier Foundation, San Francisco, CA, Nathan Freed Wessler, Benjamin Elihu Wizner, American Civil Liberties Union, New York, NY, Thomas Kieran Maher, Esq., North Carolina Office of Indigent Defense Services, Durham, NC, David Robert Rocah, American Civil Liberties Union of Maryland, Baltimore, MD, Kevin S. Bankston, Gregory T. Nojeim, Washington, DC, for Amici Supporting Appellant.

ORDER

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the government's petition for rehearing en banc, the court grants the government's petition for rehearing en banc.

No member of the court requested a poll on the petitions for rehearing en banc filed by Appellants Graham and Jordan, and those petitions are denied. Appellant Jordan's petition for panel rehearing is also denied.

The parties and amici curiae shall file 16 additional paper copies of their briefs and appendices previously filed in this case within 10 days. The parties may move, or the court may sua sponte order, the filing of supplemental en banc briefs pursuant to Local Rule 35(d).

This case is tentatively calendared for oral argument during the court's March 22–25, 2016, oral argument session.